UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-127 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| AARON NATHANIEL PETERSON, | : | |
| Defendant. | : | |

## ORDER REVOKING BOND

This case came before the Court on May 23, 2024 for a bond revocation hearing. Assistant United States Attorney Rob Painter participated on behalf of the Government. Defendant was present at the hearing and was represented by Attorney Cheryll Bennett.

On October 16, 2024, Pretrial Services submitted a Bond Violation Report and Petition advising the Court that Defendant violated his conditions of release by failing to submit to supervision on September 14, 20, and 28, 2023 and October 11 and 12, 2023. (Doc. #31). The next day, Magistrate Judge Gentry issued a warrant for Defendant's arrest. (Doc. #32).

Thereafter, Defendant did not appear for a change-of-plea hearing that was scheduled for November 20, 2023, at 10:00 a.m. before Magistrate Judge Gentry. (Doc. #34).

Pursuant to 18 U.S.C. § 3148, a person who has been released on bond pursuant to 18 U.S.C. § 3142 and who has violated a condition of his release is subject to a revocation of release and an order of detention. Section 3148(b) provides, in relevant part, that the judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer finds that there is

clear and convincing evidence that the person has violated any other condition of release and that the person is unlikely to abide by any condition or combination of conditions of release.

At the hearing, Defendant admitted to the bond violation.  Accordingly, the undersigned finds that there is clear and convincing evidence that Defendant has violated the condition of release requiring that he submit to supervision and report for supervision to Pretrial Services. Moreover, based on the violations committed by Defendant, the Court also finds Defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS THEREFORE ORDERED** that the bond previously set in this matter is revoked and that Defendant be detained pending resolution of the criminal charges against him.

May 23, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge