UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 3:22-cr-127

vs.

AARON NATHANIEL PETERSON,           District Judge Michael J. Newman
                                                           Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 40); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 30)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Aaron Nathaniel Peterson's guilty plea. Doc. No. 40. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 1 of the superseding Information currently pending against him and finds him guilty as charged of possession of a controlled substance, in violation of 21 U.S.C. § 844(a). *See* Doc. Nos. 5, 40. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 30). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   June 17, 2024                                           s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge